FILED
CLERK, U.S. DISTRICT COURT
02/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL ROLAND JONES,<br><br>　　　　　Defendant. | Case No.: 5:22-MJ-00089-DUTY<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN   District of CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(×)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　　(×)　information in the Pretrial Services Report and Recommendation

　　　　(×)　information in the violation petition and report(s)

　　　　(×)　the defendant's nonobjection to detention at this time

　　　　( )　other: _____

1

1         and/ or

2 B. (×)    The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:

6         (×)    information in the Pretrial Services Report and Recommendation
7         (×)    information in the violation petition and report(s)
8         (×)    the defendant's nonobjection to detention at this time
9         ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 2/14/2022

                                   KENLY KIYA KATO
15                                UNITED STATES MAGISTRATE JUDGE